PREMIUM BOND CORPORATION, Respondent, v. BLANCHE DENBY, Appellant, and DOROTHY TAYLOR and Others, Defendants.— Order denying motion of defendant Blanche Denby to vacate judgment of $1,099 docketed against her, to declare foreclosure sale void and to direct new sale, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID ISRAEL, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH TUSCILLO, Appellant.— Judgment of conviction of the County Court of Richmond county reversed upon the law and new trial ordered. It was error to admit evidence of the conversation and transaction between the complaining witness and an alleged unknown person respecting a bribe offered to and accepted by the complaining witness. (People v. Watkins, 23 App. Div. 253.) Young, Rich, Hagarty, Seeger and Scudder, JJ., concur.

IPHA B. SAXBY, Respondent, v. LAWRENCE M. LYONS and Others, Copartners, Trading under the Firm Name and Style of LYONS & MAYRSOHN, Defendants, and LAWRENCE M. LYONS and CHARLES MAYRSOHN, Copartners, etc., Appellants.— Order, and order as resettled, granting plaintiff's motion for summary judgment, judgment entered thereon, and order denying motion of appealing defendants for judgment on the pleadings unanimously affirmed, with costs. No opinion. Present — Young, Rich, Hagarty, Seeger and Scudder, JJ.

ALBERT P. SCOTT, Appellant, v. DOUGLAS MANOR SHORES, Also Known as DOUGLAS MANOR SHORES, INC., and HENRY J. PEPPER, Also Known as HENRY J. PEPER, Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

JAMES SHEAROD, Respondent, v. FORTY-FIRST AND PARK AVENUE CORPORATION, Appellant.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs. We are of opinion that plaintiff failed to show any negligence on the part of defendant. (Abbott v. Richmond County Country Club, 211 App. Div. 231; affd., 240 N. Y. 693.) The case of Worth v. Ebinger Baking Co., Inc. (225 App. Div. 765) is distinguishable from the case at bar. Rich, Kapper, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents.

WILLIAM L. BISIG, Respondent, v. ARTHUR BRADY, Appellant.— Application denied, with ten dollars costs.

ARTHUR FEINBERG, Respondent, v. SAMUEL ARNOLD, Appellant.— Application denied, with ten dollars costs.

ISAAC FISHBACK, Respondent, v. NORMAN CLEANERS & DYERS, INC., and IRVING BRESNICK, Appellants. (Action No. 1.) ISAAC FISHBACK, Respondent, v. NORMAN CLEANERS & DYERS, INC., and IRVING BRESNICK, Appellants. (Action No. 2.) ELSIE FISHBACK, Respondent, v. NORMAN CLEANERS & DYERS, INC., and IRVING BRESNICK, Appellants.— Application denied, with ten dollars costs.